ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

AUG 2 5 2006

CLERK, U.S. DISTRICT COURT
By _____
      Deputy

JOHNEY M. EVANS,                    §
                                    §
          Plaintiff,                §
                                    §
v.                                  §     Civil Action No. 3:05-CV-2149-K
                                    §
CITY OF IRVING, et al.,             §
                                    §
          Defendants.               §

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions and Recommendation of United States Magistrate Judge Paul D. Stickney on Defendants the City of Irving and Scott Whitt's motion to dismiss. The District Court reviewed the findings of the United States Magistrate Judge *de novo*. The Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Defendants' motion to dismiss is **GRANTED**.

SO ORDERED this 25th day of August, 2006.

ED KINKEADE
UNITED STATES DISTRICT JUDGE